The People of the State of New York, Respondent, v. Louis Gordon, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn [County of Kings], convicting defendant of violating section 1140 of the Penal Law (indecent exposure), unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.

Queensboro Improvement Company, Respondent, v. William Dean and Others, Defendants, and Emma Groomer, Abbie Thompson, Marcella Whitehead, Rebecca Johnson, Carrie Mitchell and Main Elder Corporation, Appellants.— Order denying the motion of appellants to dismiss the amended complaint, made pursuant to rule 106 of the Rules of Civil Practice, on the ground that it fails to set forth facts sufficient to constitute a cause of action, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur. [See ante, p. 865.]

Abraham Rabinowitz, Appellant, v. Clement Headley and Francis Donovan, Respondents, and Ramon Huerta, Defendant. (Action No. 1.) Harriet Ryan and Frank P. Ryan, Respondents, v. Abraham Rabinowitz, Appellant, Ramon Huerta, Defendant, and Francis Donovan and Clement Headley, Respondents. (Action No. 2.) — Order denying appellant's motion to consolidate causes of action affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.

William W. Rosenblum, Respondent, v. Brooklyn and Queens Transit Corporation, Appellant.— Action to recover damages for personal injuries. Plaintiff, a city policeman, while crossing the street to remove a stanchion which marked a safety zone, was struck by defendant's trolley car. Judgment for plaintiff unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.

Wilbur Schwartz, on Behalf of Himself and All Other Stockholders of the Defendant Remington Rand, Inc., Similarly Situated, Respondent, v. James G. Blaine and Others, Defendants, and Charles P. Franchot, John A. Zellers and Remington Rand, Inc., Appellants.— In a derivative, representative stockholders' action, order granting stay modified by adding to the first ordering paragraph after the words " are not discontinued " the words " or otherwise finally disposed of; " by adding after the words " the moving defendants stipulate to " the words " consent to; " and by adding at the end of said paragraph the words " without prejudice to an application by plaintiff for leave to intervene in the Leech or Mintzer action." As thus modified, the order, in so far as appealed from, is affirmed, without costs. No opinion. Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.

Louis Shulsky, Appellant, v. Title Guarantee and Trust Company and Others, Defendants; Brooklyn Trust Co., as Trustee, Intervenor, Respondent.— Action to recover moneys held by defendants. Order granting the motion of the Brooklyn Trust Company for leave to intervene affirmed, with ten dollars costs and disbursements. The time of plaintiff to serve a supplemental summons and complaint on the respondent is extended until twenty days after the entry of the order hereon, and the time of respondent to answer is extended until twenty days after the service thereof. No opinion. Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.